**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**MSC.SOFTWARE CORPORATION,**

         **Plaintiff(s),**      **CASE NUMBER: 07-12807**
                                    **HONORABLE VICTORIA A. ROBERTS**

**v.**

**ALTAIR ENGINEERING, INC., MARC**
**KLINGER, ANDREA PERTOSA, STEPHAN**
**KOERNER, TOM RIEDEMAN, RAJIV RAMPALLI**
**MARK KRUEGER, and MICHAEL HOFFMAN**

         **Defendant(s).**
_____/

**ORDER**

This matter is before the Court on seven pending motions. The Court reviewed

these motions and reaches the following conclusions:

1. A party cannot file any additional motions unless it first sends a letter to

opposing counsel outlining the relief requested and gives opposing counsel a

reasonable time to respond. If opposing counsel denies the requested relief, it must be

in writing as well. The moving party is to forward these letters to the Court which will

decide whether a motion is necessary. Only if the Court grants it permission to file a

motion may a party do so.

2. A status conference will occur on Friday, December 21, 2007 at 2:00 p.m.

However, the Court has set aside four hours before this conference for the attorneys to

meet in her jury room. Attorneys for all parties must be present in the jury room on

Friday, December 21, 2007 at 9:00 a.m., and plan to be there until 1:00 p.m. to discuss

1

outstanding motions.  Attorneys must bring documents necessary to discuss/resolve outstanding issues before the status conference begins.  Attorneys must also bring laptop computers, and prepare a stipulation on all matters agreed.  All matters that the parties are unable to resolve are to be set forth in a separate document that also includes each parties position on the matter.  Counsel will forward both documents to the Court for discussion at the 2:00 p.m. status conference.

3.  The attorneys are free to meet before December 21, 2007 to reach an agreement on any and all outstanding issues.  The December 21, 2007 status conference will be adjourned only if all outstanding motions have been resolved and withdrawn, a stipulation filed and counsel have filed a joint letter requesting adjournment.

4.  If the status conference is adjourned, the Court will set a status conference for early January, 2008.

5.  The Court will not consider any party's pending request for sanctions or attorney's fees.  However, the Court will impose sanctions against any party/counsel who unreasonably withholds agreement on outstanding issues during the parties pre-conference meeting.

6.  Finally, the Court directs counsels' attention to Local Rule 83.20, Civility Principles, and expects that counsel will adhere to them in its pre-status conference, during the status conference, and throughout this litigation.  Local Rule 83.20 can be found at www.mied.uscourts.gov/Rules/Local/LocalRules/.

**IT IS ORDERED.**

 /s/ Victoria A. Roberts          
Victoria A. Roberts
United States District Judge

Dated:  December 6, 2007

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 6, 2007.

s/Linda Vertriest
Deputy Clerk