UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT
SOUTHERN DIVISION

MSC SOFTWARE CORPORATION,

   Plaintiff,

vs                                          Case No: 07-12807

ALTAIR ENGINEERING, INC. ET AL,

   Defendant.
_____/

## ORDER

Pending before the Court is Defendant Altair Engineering's Motion to Appoint An Independent Expert or Technical Advisor (Doc. #60). On Friday, January 12, 2008, the Court held a conference with counsel for all parties where this motion was discussed. Based on that discussion, the motion is **DENIED.**

   **IT IS ORDERED.**

                                          /s/ Victoria A. Roberts
                                          Victoria A. Roberts
                                          United States District Judge

Dated: January 28, 2008

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 28, 2008.

s/Linda Vertriest
Deputy Clerk