UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MSC.SOFTWARE CORPORATION,**

        Plaintiff(s),        **CASE NUMBER: 07-12807**
                                          **HONORABLE VICTORIA A. ROBERTS**

v.

**ALTAIR ENGINEERING, INC., MARC KLINGER, ANDREA PERTOSA, STEPHAN KOERNER, TOM RIEDEMAN, RAJIV RAMPALLI MARK KRUEGER, and MICHAEL HOFFMAN,**

        Defendant(s).
_____/

**ORDER ADOPTING SPECIAL MASTER LEE A. HOLLAAR'S
REPORT AND RECOMMENDATION**

On November 13, 2008, the Court entered an "Order Adopting in Part Special Master Hollaar's Report and Recommendation." (Doc. #229). The Order required Altair to "arrange with the Special master [a] visit [to] the site or sites having the MotionSolve[/MotionAuto] source code repository and development twiki to confirm that the copies produced to MSC represent all the information as they are kept in the usual course of business[.]"

On December 20, 2008, Special Master Hollaar informed Altair and MSC via e-mail that Altair's site inspection will occur on January 23, 2009. The e-mail said:

> Since a primary reason for this site visit is to restore confidence in what was produced by Altair in discovery with respect to the source code repository and development twiki, I would be interesting[sic] in hearing from MSC what concerns it and its experts might have. Please get me that information by January 16, 2009.

MSC sent Special Master Hollaar three e-mails on January 16, 2009. The e-

1

mails expressed MSC's concerns that: (1) the "yabb bulletin board" was not produced; (2) Altair has development notes in a separate file from the twiki database; (3) MotionSolve 7.0 was not imported into Perforce in its entirety; and (4) the "bug fixes" that were provided to Dr. McGrath, Mr. Stackpole, and Mr. Zeidman were produced so that importation of those files is a laborious process.  If the updating process cannot be automated, MSC requested the production of a new, updated Perforce database with every "bug fix."

In an Order dated January 23, 2009, the Court construed MSC's four concerns as a discovery problem addressed to Special Master Hollaar.  The Court gave Altair until January 26, 2009 to provide Special Master Hollaar a response.  If MSC's concerns were not resolved, Special Master Hollaar was required to make a recommendation to the Court regarding whether Altair should be required to produce the information MSC requested.

On February 2, 2009, Special Master Hollaar submitted a "Report and Recommendation Regarding MSC's Discovery Requests of January 21, 2009." (Doc. #269).  Pursuant to the Court's Orders dated November 13, 2008 and January 23, 2009, the parties had 10 days to object to Special Master Hollaar's recommendations.  *See* Docs. #230 and #267.  Because the Court has not received objections from either party within the time frame provided, the Court adopts Special Master Hollaar's recommendations:

(1)   MSC's concern that Altair did not produce the "yabb bulletin board" is **MOOT**.  Altair previously provided MSC the information it used to produce the "yabb bulletin board";

(2)   While MSC's discovery cut-off date was February 13, 2009, it may depose

2

      an Altair developer regarding whether there are development notes outside of the MotionSolve source code repository or development twiki (if MSC did not do so before its discovery cut-off date). In the alternative, if no development notes exist outside of the source code repository or development twiki, an Altair developer may provide MSC a sworn affidavit attesting to that fact;

(3)    If it has not already done so, Altair must provide copies of the MotionSolve 7.0 source code repository data to Special Master Hollaar, MSC's experts, and MSC's outside counsel on or before **February 24, 2009**;

(4)    Altair need not produce a new version of the repository for MSC's experts and outside counsel before it releases a test or beta version of MotionSolve.

**IT IS ORDERED**.


                                              s/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated: February 19, 2009

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on February 19, 2009.

s/Linda Vertriest
Deputy Clerk

---