**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**MSC.SOFTWARE CORPORATION,**

        Plaintiff(s),        CASE NUMBER: 07-12807
                                      HONORABLE VICTORIA A. ROBERTS
v.

**ALTAIR ENGINEERING, INC., MARC
KLINGER, ANDREA PERTOSA, STEPHAN
KOERNER, TOM RIEDEMAN, RAJIV RAMPALLI
MARK KRUEGER, and MICHAEL HOFFMAN,**

        Defendant(s).
_____/

**ORDER**

On February 15, 2010, the individual Defendants filed a "Motion to Compel Plaintiff to Produce Documents and Signed Interrogatory Answers Plaintiff has Agreed to Produce, but Failed to Produce." (Doc. #455).

On March 17, 2010, the parties met to attempt to resolve all pending motions and outstanding issues. A "Stipulation on Pending Motions and Outstanding Issues" resulted:

> On or before Tuesday, March 23, 2010, MSC will provide the Individual Defendants a date by which it will produce additional documents responsive to the Individual Defendants' Requests Nos. 68 to 76 and 82 through 86.

Based on the Stipulation, the Court deemed the individual Defendants' motion withdrawn.

On March 23, 2010, MSC said it would provide additional documents responsive

1

to the individual Defendants' Requests Nos. 68 to 76 and 82 through 86 by April 2, 2010.

Now before the Court is a letter from the individual Defendants dated April 26, 2010. According to the individual Defendants, the summary MSC produced on April 2, 2010 does not comport with its agreement to produce responsive documents. The individual Defendants ask the Court to reinstate Doc. #455, and allow it an opportunity to file a supplemental brief.

The individual Defendants' request is **GRANTED**. The Court will consider Doc. #455, and the individual Defendants may file a supplemental brief.

**IT IS ORDERED**.

s/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: May 14, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 14, 2010.

s/Linda Vertriest
Deputy Clerk