UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MSC.SOFTWARE CORPORATION,**

        **Plaintiff(s),**      CASE NUMBER: 07-12807
                                      HONORABLE VICTORIA A. ROBERTS

**v.**

**ALTAIR ENGINEERING, INC., MARC
KLINGER, ANDREA PERTOSA, STEPHAN
KOERNER, TOM RIEDEMAN, RAJIV RAMPALLI
MARK KRUEGER, and MICHAEL HOFFMAN**

        **Defendant(s).**
_____/

FILED UNDER SEAL

**ORDER GRANTING IN PART AND DENYING IN PART MOTION (DOC. # 708)**

This matter is before the Court on Defendants' "Motion Limiting the Trial Testimony of Doug Peterson." The motion is fully briefed and ready for decision. A hearing was held on Monday, January 27, 2014.

Defendants' motion is **GRANTED IN PART AND DENIED IN PART**.

Mr. Peterson was MSC's Vice President until his resignation effective August 17, 2008. On July 31, 2008, Mr. Peterson entered into a Consulting Agreement with MSC, effective August 18, 2008.

By stipulation of the parties, the Court limits Mr. Peterson's testimony.

Mr. Peterson cannot provide expert testimony. He may testify as a fact witness based on his personal knowledge. He may not provide fact testimony which relies on any Attorney's Eyes Only information that is not admitted into evidence.

1

**IT IS ORDERED**.

                                                   S/Victoria A. Roberts
                                                   Victoria A. Roberts
                                                   United States District Judge

Dated: January 27, 2014

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 27, 2014.
>
> s/Linda Vertriest
> Deputy Clerk